**IT IS SO ORDERED.**



ENTERED UNDER ADMINISTRATIVE ORDER
NO. 06-2 KENNETH J. HIRZ,
CLERK OF BANKRUPTCY COURT
BY: /s/ Karen Brand
      Deputy Clerk

Dated: February 3, 2014

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-10576 |
| | ) | |
| BRIAN CLARK | ) | CHAPTER 13 |
|     Debtor | ) |   JUDGE MORGENSTERN-CLARREN |
| | ) |     AMENDED |
| | ) | ORDER DIRECTING EMPLOYER |
| Social Security No. XXX-XX-0460 | ) | TO MAKE DEDUCTIONS FROM |
| | ) | DEBTOR-EMPLOYEE'S WAGES, |
| | ) | COMBINED WITH RELATED |
| | ) | ORDERS |

      To: EMPLOYER

      The above named debtor has filed bankruptcy under Chapter 13 of the Bankruptcy Code. As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of this Court. Based on the Debtor's filings, the Debtor's employer is:

Employer's Name:    NICHOLSON BUILDERS
Address:                  768 BUSCH COURT
City/State/Zip:        COLUMBUS, OHIO 43229
Phone:                    614-846-7388

      In accordance with the relevant provisions of the Debtor's proposed plan,

      IT IS, THEREFORE, ORDERED, under 11 U.S.C. § 1325(c) and § 1326, that the Debtor's employer immediately deduct $1,028.00 MONTHLY and the same amount each month thereafter from the Debtor's wages, salary, commissions, and all other earnings or income and promptly forward the amounts deducted to the Chapter 13 Trustee until further order of this court. The Chapter 13 Trustee's name and payment address are:

      Craig Shopneck, Chapter 13 Trustee
      P.O. Box 593
      Memphis, TN 38101-0593

**Include the case number shown above with all payments.**

      IT IS FURTHER ORDERED, under 11 U.S.C. § 362(a), that the EMPLOYER SHOULD CEASE ALL FURTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless specifically authorized by this Court or until this Order is modified or vacated; however, deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue.

      IT IS FURTHER ORDERED that if the Debtor's employment terminates during the term of the bankruptcy plan, the employer is to notify the Chapter 13 Trustee.

By submitting this form the debtor's attorney certifies that this form is identical in all respects to the official form.

Attorney for Debtor:   /S/ROBERT J. BERK  
Address:   75 PUBLIC SQUARE, SUITE 1425  
City/State/Zip:   CLEVELAND, OHIO 44113  
Phone:   216-241-3880

                  SEE ATTACHED CERTIFICATE OF SERVICE

Revised March 1, 2011

CERTIFICATE OF SERVICE

PARTIES SERVED:

ROBERT J. BERK  
ATTORNEY FOR DEBTOR(S)  
75 Public Square, Suite 1425  
Cleveland, Ohio 44113

BRIAN CLARK  
1167 QUILLIAMS  
CLEVELAND HTS., OHIO 44121

NICHOLSON BUILDERS  
768 BUSCH COURT  
COLUMBUS, OHIO 43229  
ATTN: PAYROLL